No. 812. UNITED STATES *v.* PHELPS DODGE MERCANTILE Co. February 10, 1947. Petition for writ of certio-

rari to the Circuit Court of Appeals for the Ninth Circuit denied. *Acting Solicitor General Washington* for the United States. *Ralph W. Bilby* for respondent. ▮